# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                        Case No.  6:07-cr-107-Orl-28UAM

**JAVIER CRUZ ARROYO**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Bruce S. Ambrose |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Bryant R. Camareno |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | Mark Jacoby |
| **DATE/TIME:** | March 21, 2008 1:30-2:20 p.m. | **INTERPRETER:** | Laura Cruz/Spanish |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the First Superseding Information.

Motion for Court to recognize defendant's substantial assistance (Doc. No.995)  -   Granted.

IMPRISONMENT:     188 Months.

Court Recommends:     That defendant participate and  receive drug rehabilitation while incarcerated.

Supervised Release:     5 Years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

      Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

      Community Service Program:     Perform 150 hours in lieu of paying a fine.

      Cooperate in the collection of DNA, as directed by the probation officer.

Fine and costs of imprisonment/supervision:     Waived.

Special Assessment:     $100.00.

Forfeit those assets previously identified in the Plea Agreement and Preliminary Order of Forfeiture.

DISMISSED COUNTS:     Original Indictment on the motion of U.S. Attorney.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:     Defendant is advised of right to appeal.